UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-22581 SCOLA

| | |
|---|---|
| ANTHONY JAMES, individually and on behalf of all others similarly situated, | : <br> : <br> : |
| Plaintiff(s), | :    Civil Action No. 1:23-cv-22581 SCOLA <br> : |
| v. | : <br> : |
| MG LLC d/b/a TRANZACT | : <br> : |
| Defendant(s). | : |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND TO
<u>PLAINTIFF'S COMPLAINT</u>**

Defendant MG LLC ("Defendant"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.1(a)(3), respectfully requests that this Court grant it a 14-day extension of time, up to and including August 17, 2023, to answer, respond or otherwise plead to the Complaint filed by Plaintiff Anthony James ("Plaintiff").  In support thereof, the Defendant states:

1. Plaintiff filed his Class Action Complaint ("Complaint") in this action on July 12, 2023.  [DE-1].

2. Defendant was served with the Complaint on July 13, 2023.

3. Defendant currently has until August 3, 2023 to answer, respond or otherwise plead to the Complaint.

4. Defendant is now requesting an extension of time to answer, respond or otherwise plead to the Complaint.  This will allow Defendant's counsel to evaluate the allegations in the Complaint and to prepare an appropriate response to the Complaint.

5. In compliance with Local Rule 7.1(a)(3), counsel for Defendant conferred with Plaintiff's counsel to request an extension by agreement. Plaintiff's counsel indicated there is no opposition to the Motion.

6. This Motion is filed in good faith and prior to the expiration of the current deadline to answer or otherwise respond to the Complaint. This is the first request for an extension of time made by Defendant in this action.

7. This Motion is made in good faith and not for purposes of delay. The requested extension of time will not prejudice the parties nor will it cause delay of this proceeding or undue annoyance to any party.

8. A proposed Order accompanies this Motion and is attached hereto as Exhibit A.

WHEREFORE, Defendant respectfully requests that the Court grant the requested 14-day extension and enter an Order providing up to and including August 17, 2023 within which to answer, respond or to otherwise plead to the Complaint.

**CERTIFICATE OF LOCAL RULE 7.1(a)(3) PRE-FILING CONFERENCE**

In accordance with Local Rule 7.1(a)(3), the undersigned has conferred with counsel for Plaintiff about the relief sought in this Motion. Counsel for Plaintiff indicates that he does not oppose the relief sought in this Motion and agreed to provide an additional 14 days for Defendant to answer or otherwise respond to the Complaint.

DATED:   July 26, 2023                    Respectfully submitted,

*/s/ Matthew Luzadder*
Matthew Luzadder (FBN: 0011286)
mluzzader@kelleydrye.com
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Lauri A. Mazzuchetti
(*pro hac vice* to be filed)
NJ Attorney ID No. 038481999
Whitney M. Smith
(*pro hac vice* to be filed)
NJ Attorney ID No. 035552006
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel.: (973) 503-5900
lmazzuchetti@kelleydrye.com

*Counsel for Defendant MG LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system.

Respectfully submitted,

*/s/ Matthew Luzadder*
Matthew Luzadder (FBN: 0011286)
mluzzader@kelleydrye.com
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

*Counsel for Defendant  MG LLC*

4870-5101-3746v.1

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:23-cv-22581 SCOLA**

| | |
|---|---|
| ANTHONY JAMES, individually and on behalf of all others similarly situated, | : : : |
| Plaintiff(s), | : Civil Action No. 1:23-cv-22581 SCOLA |
| v. | : : : |
| MG LLC d/b/a TRANZACT | : : |
| Defendant(s). | : |

[PROPOSED]
**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

This matter comes before the Court on Defendant MG LLC's Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"), which was filed on July 12, 2023.

For good cause shown, and the Court having been duly advised of the premises, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is hereby **GRANTED**; and

2. MG LLC shall file its response to the Complaint by August 17, 2023.

**IT IS SO ORDERED** this _____ day of _____, 2023.

_____
Robert N. Scola, Jr., U.S.D.J.
