UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-22581 SCOLA

ANTHONY JAMES, individually and on behalf of all others similarly situated,

: Plaintiff(s),

: Civil Action No. 1:23-cv-22581 SCOLA

v.

MG LLC d/b/a TRANZACT

: Defendant(s).

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant MG LLC ("Defendant"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.1(a)(3), respectfully requests that this Court grant it an additional 14-day extension of time, up to and including August 31, 2023, to respond to the Complaint filed by Plaintiff Anthony James ("Plaintiff"). In support thereof, Defendant states:

1. Plaintiff filed his Class Action Complaint ("Complaint") in this action on July 12, 2023. [DE-1].

2. Defendant was served with the Complaint on July 13, 2023.

3. On July 26, 2023, the Court granted Defendant's request to extend the response deadline by 14 days. [DE-7]. Accordingly, Defendant currently has until August 17, 2023 to respond to the Complaint.

4. Defendant is now requesting an additional extension of time to respond to the Complaint. Defendant is making this request because the parties have been engaged in a

-2-

voluntary exchange of information concerning Plaintiff's claim. The parties would like to have time to discuss Plaintiff's claim after they have the opportunity to review this information.

5. In compliance with Local Rule 7.1(a)(3), counsel for Defendant conferred with Plaintiff's counsel to request an extension by agreement. Plaintiff's counsel indicated there is no opposition to the Motion.

6. This Motion is filed in good faith and prior to the expiration of the current deadline to respond to the Complaint. This is the second request for an extension of time made by Defendant in this action.

7. This Motion is made in good faith and not for purposes of delay. The requested extension of time will not prejudice the parties nor will it cause delay of this proceeding or undue annoyance to any party.

8. A proposed Order will be filed contemporaneously with this Motion.

WHEREFORE, Defendant respectfully requests that the Court grant the requested 14-day extension and enter an Order providing up to and including August 31, 2023 within which to respond to the Complaint.

**CERTIFICATE OF LOCAL RULE 7.1(a)(3) PRE-FILING CONFERENCE**

In accordance with Local Rule 7.1(a)(3), the undersigned has conferred with counsel for Plaintiff about the relief sought in this Motion. Counsel for Plaintiff indicates that he does not oppose the relief sought in this Motion and agreed to provide an additional 14 days for Defendant to respond to the Complaint.

DATED: August 10, 2023                    Respectfully submitted,

*/s/ Matthew Luzadder*
Matthew Luzadder (FBN: 0011286)
mluzzader@kelleydrye.com
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Lauri A. Mazzuchetti
(*pro hac vice* to be filed)
NJ Attorney ID No. 038481999
Whitney M. Smith
(*pro hac vice* to be filed)
NJ Attorney ID No. 035552006
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel.: (973) 503-5900
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com

*Counsel for Defendant MG LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system.

Respectfully submitted,

*/s/ Matthew Luzadder*
Matthew Luzadder (FBN: 0011286)
mluzzader@kelleydrye.com
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

*Counsel for Defendant  MG LLC*