**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Civil Action No. 23-22581-Civ-Scola-Goodman

ANTHONY JAMES, individually and on behalf of all others similarly situated,

        Plaintiff(s),

v.

MG LLC d/b/a TRANZACT,

        Defendant(s)

**DEFENDANT'S UNOPPOSED MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Defendant, MG LLC d/b/a Tranzact ("Tranzact"), by and through its undersigned counsel, pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rule 7.1, hereby move the Court for an extension of time, through and including December 18, 2023, to respond to the Amended Complaint (D.E. 22), filed by Plaintiff, Anthony James ("Plaintiff") and in support thereof states as follows:

1. On or about July 12, 2023, Plaintiff filed his original Complaint in this Court (D.E. 1). Plaintiff served Tranzact on or about July 13, 2023. On July 26, 2023 and August 10, 2023, Tranzact filed an Unopposed Motion on Consent for Extension of Time to Respond to the Complaint, and filed its Answer on August 31, 2023.

2. On or about November 16, 2023, Plaintiff filed an Amended Complaint adding an additional defendant, TZ Insurance Solutions LLC ("TZ Insurance").

3. On November 27, 2023, TZ Insurance executed a waiver of service, setting its deadline to respond to the Amended Complaint on December 18, 2023.

4. Tranzact is now seeking to align its deadline to respond to the Amended Complaint with TZ Insurance, which will be represented by the same counsel as Tranzact. Tranzact has conferred with counsel for Plaintiff, who does not oppose this request.

5. This motion is made before the expiration of Tranzact's deadline to respond to the Amended Complaint.

6. Tranzact's request for additional time is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party. For these reasons, Tranzact seeks a 17-day enlargement of time, up to and including December 18, 2023, to file its response to the Amended Complaint. TZ Insurance will file its response on the same date.

7. In accordance with Local Rule 7.1, Plaintiff's counsel stated that Plaintiff has no opposition and consents to extending the time for Defendants to respond to the Amended Complaint up through and including December 18, 2023.

8. Accordingly, the undersigned, on behalf of Tranzact, respectfully requests an extension of time to respond to the Complaint until December 18, 2023. A proposed order is attached for the Court's convenience.

WHEREFORE, Defendant MG LLC d/b/a Tranzact respectfully requests the Court to enter an Order granting an extension of time for Defendants to respond to the Complaint up through and including December 18, 2023.

**LOCAL RULE 7.1 (a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendant MG LLC d/b/a Tranzact, certifies that counsel has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in this motion, and that Plaintiff has indicated that he does not oppose the relief requested in this Motion.

DATED: November 28, 2023                Respectfully Submitted,


By: */s/ Matthew Luzadder*
    Matthew Luzadder (FBN: 0011286)
    mluzzader@kelleydrye.com
    KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, 26th Floor
    Chicago, IL 60606
    Telephone: (312) 857-7070
    Facsimile: (312) 857-7095

    Lauri A. Mazzuchetti
    (*pro hac vice* to be filed)
    NJ Attorney ID No. 038481999
    Whitney M. Smith
    (*pro hac vice* to be filed)
    NJ Attorney ID No. 035552006
    KELLEY DRYE & WARREN LLP
    One Jefferson Road, 2nd Floor
    Parsippany, NJ 07054
    Telephone:   (973) 503-5900
    Facsimile:    (973) 503-5950
    lmazzuchetti@kelleydrye.com
    wsmith@kelleydrye.com

    *Counsel for Defendant MG LLC d/b/a Tranzact*